# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2017

## NO. 03-16-00322-CV

**Rebeca D. Balderas-Ramirez, Appellant**

**v.**

**Anthony Carl Felder, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
AFFIRMED—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on February 19, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.